1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

MYRIAM ZAYAS,

CASE NO. C22-120 MJP

11

Plaintiff,

ORDER OF DISMISSAL

12

v.

13

JODY BECKER,

14

Defendant.

15

16    On February 28, 2022, the Court issued an order requiring the parties to file a joint status

17  report by April 11, 2022. (Dkt. No. 6.) The parties failed to file a joint status report by that date. On

18  April 25, 2022, the Court issued a minute order extending the deadline to file a joint status report to

19  June 6, 2022. (Dkt. No. 7.) The Court warned the parties that failure to file the joint status report

20  could result in dismissal. The parties failed to file a joint status report by June 6, 2022. The Court

21  then issued another minute order extending the deadline to file the joint status report to July 25, 2022,

22  and warned the parties that failure to file the joint status report could result in dismissal. (Dkt. No. 8.)

23  As of the date of this Order, the parties have not filed a joint status report. Because the parties have

24

ORDER OF DISMISSAL - 1

1  failed to meet the original and twice-extended joint status report deadline, the Court DISMISSES the

2  action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

3       The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

4       Dated July 27, 2022.

5

6       Marsha J. Pechman
        United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL - 2